No. 00–10753. LEWIS v. ZERO BREESE ROOFING CO. ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–10754. MUNOZ v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 00–10756. WIWO v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10757. ZAPATA-GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10758. CASTILLO-ROJAS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 00–10759. SHAFFMASTER v. CLINTON ET AL. C. A. 6th Cir. Certiorari denied.

No. 00–10762. DIAKITE v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 00–10763. ARTEGA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 00–10764. ASHANTI v. ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–10765. BOATWRIGHT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10766. AUSTIN v. SAFFLE, DIRECTOR, OKLAHOMA DEPARTMENT OF CORRECTIONS. C. A. 10th Cir. Certiorari denied.

No. 00–10767. ESPINOSA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10768. CHRISTOPHER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 00–10770. SILVA-SOTO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.